# UNITED STATES BANKRUPTCY COURT
## NORTHER**DISTRICT OF** TEXAS
### Dallas Division

In re: FRYMIRE SERVICES, INC.    § Case No. 16-32814-7
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Dennis Faulkner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,584,307.03 | Claims Discharged Without Payment: | $1,046,659.07 |
| Total Expenses of Administration: | $683,073.40 | | |

3) Total gross receipts of $2,267,720.95 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $2,267,720.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | | | $937,929.32 | $937,929.32 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | $371,336.58 | $371,336.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | $409,346.02 | $409,346.02 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | | $1,595,768.10 | $549,109.03 |
| **TOTAL DISBURSEMENTS** | | | $3,314,380.02 | $2,267,720.95 |

4) This case was originally filed under chapter 11 on 07/15/2016 & was converted to chapter 7 on 02/07/2017. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2020               By: /s/ Dennis Faulkner
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Capital One Bank | 1129-000 | $70,612.00 |
| Accounts Receivable | 1121-000 | $251,885.00 |
| Inventory | 1129-000 | $260,298.00 |
| Receivable from Royal Indian, LP | 1121-000 | $374,877.00 |
| Investment in AFT/EAM Partners | 1129-000 | $2,516.00 |
| Intangibles & Intellectual Property | 1129-000 | $1,076,793.00 |
| Security Deposit | 1129-000 | $9,300.00 |
| Plant, Property & Equipment | 1129-000 | $131,724.00 |
| Referral Fees | 1229-000 | $30,219.50 |
| Miscellaneous Refunds | 1229-000 | $17,996.45 |
| Preference Recoveries | 1241-000 | $41,500.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$2,267,720.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | Capital One | 4110-000 | | | $937,929.32 | $937,929.32 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | | | $937,929.32 | $937,929.32 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dennis Faulkner | 2100-000 | N/A | | $91,282.00 | $91,282.00 |
| Dennis Faulkner | 2200-000 | N/A | | $0.00 | $0.00 |
| Marshall Law | 3210-000 | N/A | | $90,025.00 | $90,025.00 |
| Marshall Law | 3220-000 | N/A | | $4,713.10 | $4,713.10 |
| Lain, Faulkner & Co. | 3310-000 | N/A | | $183,640.00 | $183,640.00 |
| Lain, Faulkner & Co. | 3320-000 | N/A | | $1,026.48 | $1,026.48 |
| US Bankruptcy Court | 2700-000 | N/A | | $650.00 | $650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $371,336.58 | $371,336.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Curtis Castillo | 6120-000 | N/A | | $188,244.50 | $188,244.50 |
| Curtis Castillo | 6220-000 | N/A | | $4,383.41 | $4,383.41 |
| Marshall Law | 6120-000 | N/A | | $12,285.00 | $12,285.00 |
| Marshall Law | 6220-000 | N/A | | $207.39 | $207.39 |
| Lain, Faulkner & Co. | 6310-000 | N/A | | $5,886.00 | $5,886.00 |
| Lain, Faulkner & Co. | 6320-000 | N/A | | $47.54 | $47.54 |
| AIrgas USA | 6990-000 | N/A | | $377.72 | $377.72 |
| Direct Expansion | 6990-000 | N/A | | $80,185.70 | $80,185.70 |
| Enterprise Fleet | 6990-000 | N/A | | $28,477.94 | $28,477.94 |
| Ferguson Enterprise | 6990-000 | N/A | | $65,435.40 | $65,435.40 |
| Linsay Cowell | 6990-000 | N/A | | $1,523.00 | $1,523.00 |
| Metropolitan Life Ins. | 6990-000 | N/A | | $9,964.28 | $9,964.28 |
| Michelle Dipietro | 6990-000 | N/A | | $530.00 | $530.00 |
| Sagiss Group, LLC | 6990-000 | N/A | | $5,010.03 | $5,010.03 |
| WW Grainger, Inc. | 6990-000 | N/A | | $2,287.11 | $2,287.11 |
| Dennis Faulkner | 6101-000 | N/A | | $4,501.00 | $4,501.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | $409,346.02 | $409,346.02 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0 | First Presbyterian Church | 7100-000 | $0.00 | $18,110.45 | $18,110.45 | $5,830.84 |
| 2 | Uline Shipping Supplies | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Correct Checks | 7100-000 | | $615.40 | $615.40 | $198.13 |
| 4 | Copynet Office Systems | 7100-000 | | $3,580.16 | $3,580.16 | $1,152.67 |
| 5 | Industrial Equip Co. of Houston | 7100-000 | | $26.45 | $26.45 | $8.52 |
| 6 | Innovation IDM, LLC | 7100-000 | | $415.68 | $415.68 | $133.83 |
| 7 | Sala Sheet Metal | 7100-000 | | $1,179.50 | $1,179.50 | $379.75 |
| 8-1 | WW Grainger | 7100-000 | | $0.00 | $0.00 | $0.00 |
| 8-2 | WW Grainger | 7100-000 | | $3,208.15 | $3,208.15 | $1,032.90 |
| 9 | Hertz Equip Rental Corp | 7100-000 | | $8,319.14 | $8,319.14 | $2,678.43 |
| 10 | AT&T Corp | 7100-000 | | $1,607.11 | $1,607.11 | $517.43 |
| 11 | Downshift 11 dba Minuteman Press | 7100-000 | | $2,881.92 | $2,881.92 | $927.86 |
| 12 | Purvis Industries | 7100-000 | | $4,592.25 | $4,592.25 | $1,478.53 |
| 14 | Siemens Industry, Inc. | 7100-000 | | $2,000.00 | $2,000.00 | $643.92 |
| 15 | Elliott Electric Supply, Inc. | 7100-000 | | $260.34 | $260.34 | $83.82 |
| 16 | Goodman Distribution, Inc. | 7100-000 | | $149,451.49 | $149,451.49 | $48,117.41 |
| 17-B | Airgas USA, LLC | 7100-000 | | $4,915.37 | $4,915.37 | $1,582.55 |
| 18 | Guardian Power Cleaning of Dallas | 7100-000 | | $1,033.79 | $1,033.79 | $332.84 |
| 19 | Vinson Process Controls Co. | 7100-000 | | $974.84 | $974.84 | $313.85 |
| 20 | Parkway Hills Baptist Chruch | 7100-000 | | $14,407.46 | $14,407.46 | $4,638.63 |
| 21-1 | Wells Fargo Vendor Financial | 7100-000 | | $0.00 | $0.00 | $0.00 |
| 21-2 | Wells Fargo Vendor Financial | 7100-000 | | $26,886.91 | $26,886.91 | $8,656.51 |
| 22-2 | Ascentium Capital | 7100-000 | | $51,826.88 | $51,826.88 | $16,686.18 |
| 23 | Jas Wireless, Inc. | 7100-000 | | $6,732.55 | $6,732.55 | $2,167.61 |
| 24 | Hello Auto Finance, Inc. | 7100-000 | | $800.00 | $800.00 | $257.57 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 25 | Discount Glass, Inc. | 7100-000 | $555.33 | $555.33 | $178.79 |
| 26 | M7M Manufacturing Co., Inc. | 7100-000 | $26,886.91 | $26,886.91 | $8,656.51 |
| 27 | Fastenal Company | 7100-000 | $4,222.67 | $4,222.67 | $1,359.53 |
| 28 | Standard Supply | 7100-000 | $5,322.88 | $5,322.88 | $1,713.75 |
| 29 | Bartos Industries | 7100-000 | $3,260.00 | $3,260.00 | $1,049.59 |
| 30 | Altex Electronics | 7100-000 | $2,066.71 | $2,066.71 | $665.40 |
| 31-2 | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 |
| 32-1 | American Express Bank | 7100-000 | $0.00 | $0.00 | $0.00 |
| 32-2 | American Express Bank | 7100-000 | $299,123.40 | $299,123.40 | $96,305.78 |
| 33 | Davilas Excavations, Inc. | 7100-000 | $56,625.00 | $56,625.00 | $18,230.99 |
| 34 | Hudson Energy Services | 7100-000 | $7,456.81 | $7,456.81 | $2,400.79 |
| 35 | Gemaire Distributors, LLC | 7100-000 | $497.36 | $497.36 | $160.13 |
| 36 | Texas Mutual Insurance Co. | 7100-000 | $15,253.50 | $15,253.50 | $4,911.02 |
| 37 | WFAA Television | 7100-000 | $23,309.51 | $23,309.51 | $7,504.73 |
| 38 | AT&T Long Distance, LLC | 7100-000 | $4,710.93 | $4,710.93 | $1,516.73 |
| 39 | Barsco, Inc. | 7100-000 | $8,750.06 | $8,750.06 | $2,817.17 |
| 40 | GWJ Company | 7100-000 | $1,916.25 | $1,916.25 | $616.96 |
| 41 | Apex Supply Company | 7100-000 | $2,588.44 | $2,588.44 | $833.37 |
| 42 | Supreme Roofing Systems | 7100-000 | $10,532.45 | $10,532.45 | $3,391.03 |
| 45-1 | Enterprise Fleet Management | 7100-000 | $0.00 | $0.00 | $0.00 |
| 45-2 | Enterprise Flee Management | 7100-000 | $139,956.69 | $139,956.69 | $45,060.47 |
| 46-1 | Ferguson Enterprises, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 |
| 46-2 | Ferguson Enterprises, Inc. | 7100-000 | $43,002.91 | $43,002.91 | $13,845.22 |
| 48-2 | Direct Expansion Solutions, Inc. | 7100-000 | $180,525.00 | $180,525.00 | $58,121.84 |
| 49 | Davis Motor Crane Service, Inc. | 7100-000 | $1,239.50 | $1,239.50 | $399.07 |
| 51 | Fieldaware US, Inc. | 7100-000 | $482.25 | $482.25 | $155.27 |
| 52 | Scott Exteriors | 7100-000 | $275.00 | $275.00 | $88.54 |
| 53 | Valerie Hatter | 7100-000 | $850.00 | $850.00 | $273.67 |
| 54 | Airgas USA, LLC | 7100-000 | $191.70 | $191.70 | $61.72 |
| 56 | Promote on Purpose, LLC | 7100-000 | $1,377.12 | $1,377.12 | $443.38 |
| 57-1 | Sagiss Group, LLC | 7100-000 | $0.00 | $0.00 | $0.00 |
| 57-2 | Sagiss Group, LLC | 7100-000 | $14,078.29 | $14,078.29 | $4,532.65 |
| 58 | Copynet Office Solutions, Inc. | 7100-000 | $1,098.16 | $1,098.16 | $353.56 |
| 59 | Texas Airsystems, Inc. | 7100-000 | $584.00 | $584.00 | $188.02 |
| 60 | Craig Wood | 7100-000 | $377.10 | $377.10 | $121.41 |
| 61 | Herc Rentals, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 |
| 62 | Apex Supply Company | 7100-000 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 63 | WW Grainger | 7100-000 | $0.00 | $0.00 | $0.00 |
| 65 | HR Dallas, LLC | 7100-000 | $32,829.00 | $32,829.00 | $10,569.63 |
| 66 | AT & T Corp | 7100-000 | $2,291.97 | $2,291.97 | $737.92 |
| 67 | Southwestern Bell Telephone | 7100-000 | $1,190.23 | $1,190.23 | $383.21 |
| 68-3 | Metropolitan Life Insurance | 7100-000 | $11,906.39 | $11,906.39 | $3,833.38 |
| 71 | Star Sheet Metal, Inc. | 7100-000 | $295.00 | $295.00 | $94.93 |
| 72 | George Read Frymire | 7100-000 | $355,000.00 | $355,000.00 | $114,295.82 |
| 73 | Denton HVAC Investment Grp | 7100-000 | $0.00 | $0.00 | $0.00 |
| 74 | Christina Louise Frymire Family Trust | 7100-000 | $14,014.44 | $14,014.44 | $4,512.09 |
| 75 | Christina Louise Frymire Long Term Trust | 7100-000 | $68,983.20 | $68,983.20 | $22,209.83 |
| 76 | Karen Frymire Roberts | 7100-000 | $80,997.51 | $88,997.51 | $26,077.97 |
| 78 | Heat Transfer Solutions, Inc. | 7100-000 | $2,618.59 | $2,618.59 | $843.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,595,768.10 | $1,595,768.10 | $549,109.03 |